**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 17-2029**

---

JOSEPHAT MUA,

　　　　　Plaintiff - Appellant,

　　　v.

BOARD OF EDUCATION OF PRINCE GEORGE'S COUNTY, MARYLAND,

　　　　　Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:11-cv-01198-PJM)

---

Submitted: February 22, 2018 　　　　　　　　　Decided: February 26, 2018

---

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Josephat Mua, Appellant Pro Se. Lindsay A. Freedman, Linda Hitt Thatcher, Wayne Bennett Wiseman, THATCHER LAW FIRM, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Josephat Mua appeals the district court's order denying his self-styled motion to reopen his civil case based on new evidence, and challenges the district court's decision to return to Mua a subsequently filed motion for reconsideration. Mua has also filed motions to proceed in forma pauperis, to exceed the length limitations for his informal opening brief, and for leave to file corrected and supplemental briefs. We have reviewed the record and find no reversible error. Accordingly, we grant Mua's motions and affirm the district court's order.[*] *See Mua v. Bd. of Educ. of Prince George's Cty., Md.*, No. 8:11-cv-01198-PJM (D. Md. Aug. 1, 2017); *see also United States v. Riley*, 856 F.3d 326, 328 (4th Cir.) (recognizing this court's ability to "affirm on any grounds apparent from the record" (internal quotation marks omitted)), *cert. denied*, 138 S. Ct. 273 (2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We discern no reversible error in the district court's refusal to entertain Mua's motion for reconsideration.